FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-22-00210-CV

Lawrence **LAU**,
Appellant

v.

**BREAKAWAY PRACTICE, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07115
Honorable Tina Torres, Judge Presiding

# O R D E R

On May 25, 2022, one of appellant's attorneys, Mr. Anthony Vitullo, filed a "Notice of Withdrawal" stating he is no longer associated with the law firm of Fee, Smith, Sharp & Vitullo ("Fee, Smith") and he "will no longer be involved in this case." On May 27, 2022, Fee, Smith filed an "Objection and Reservation" to the notice, complaining the notice was ineffective for various reasons. Mr. Vitullo's Notice of Withdrawal does not comply with Texas Rules of Appellate Procedure 6.5 and 10.1(a). Therefore, Mr. Vitullo is ORDERED to file a motion that fully complies with Rules 6.5 and 10 **no later than June 13, 2022**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court